M. P. No. 367. ROSBRO PLASTICS CORPORATION *v.* EDWARD LA-MANTIA, *et al.* Motion to dismiss appeal granted pro forma. Petition for writ of certiorari granted. *Adelson & Chernick, Joseph E. Adelson, Melvin A. Chernick,* for plaintiff. *Lucien Capone,* for defendants.

M. P. No. 368. ROSBRO PLASTICS CORPORATION *v.* JOSEPH DAVENPORT, *et al.* Motion to dismiss appeal granted pro forma. Petition for writ of certiorari granted. *Adelson & Chernick, Joseph E. Adelson, Melvin A. Chernick,* for plaintiff. *Lucien Capone,* for defendants.

APPEALS NOS. 203, 204. ROSE LYNN RUSSIAN, *p.a. v* LOUIS LIPET. ANGELINA RUSSIAN *v.* LOUIS LIPET. Petition for reargument denied. *John F. McBurney,* for plaintiffs. *Keenan, Rice & Dolan, John F. Dolan,* for defendant.

## March 19, 1968.

M. P. No. 341. RAYMOND J. DAVIS *v.* HAROLD V. LANGLOIS. Petition for writ of habeas corpus denied without prejudice to right of petitioner to raise issues in petition for habeas corpus pending in Superior Court. *Raymond J. Davis,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 347. KENNETH R. DUTTON *v.* HAROLD V. LANGLOIS, *Warden.* Petition for writ of habeas corpus granted. *John P. Toscano, Jr.,* Special Counsel to the Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 388. LAURENCE R. SLEEPER *v.* HAROLD V. LANGLOIS. Motion for reduction of bail denied. *Laurence R. Sleeper,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

APPEAL No. 118. TOWN OF SCITUATE *v.* HELEN C. O'ROURKE, *et al.* Petition for reargument denied. *Gorham & Gorham, John*